Staphanie A. WYATT

v.

Thomas E. WYATT

2130838

Court of Civil Appeals of Alabama.

01/16/2015

Dismissed

G.S.M.

v.

LEE CTY. DEP'T OF HUMAN RES.

2130848

Court of Civil Appeals of Alabama.

01/16/2015

Affirmed

A.M.B.

v.

P.D.P. and G.W.

2130853

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

GENTIVA HEALTH SERVS., INC.

v.

STATE HEALTH PLANNING & DEV. AGENCY and Hometown Home Health Care of Baldwin Cty., LLC

2130869

Court of Civil Appeals of Alabama.

02/13/2015

Affirmed

J.A.B.

v.

K.R.B. and R.J.B.

2130872

Court of Civil Appeals of Alabama.

02/20/2015

Affirmed

